# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN LEON MAJOR | CRIMINAL NOS.<br><br>09-434 & 09-435-1 |

## ORDER

**AND NOW,** this 27th day of November 2023, upon consideration of Defendant Kevin Leon Major's *pro se* Motion for Compassionate Release [Doc. No. 61, Crim. No. 09-434; Doc. No. 423, Crim. No. 09-435-1], Defendant's *pro se* Motion for Sentence Reduction [Doc. No. 62, Crim. No. 09-434; Doc. No. 424, Crim. No. 09-435-1], and the response and reply thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motions are **DENIED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**